UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMARCUS THOMAS,<br><br>      Plaintiff,<br><br>-against-<br><br>MARYANN CARTER, MANAGER OF THE PLUBLIC CLEARING HOUSE COMPANY,<br><br>      Defendant. | 21-CV-9122 (LTS)<br><br>CIVIL JUDGMENT |

 Pursuant to the order issued November 29, 2021, dismissing the complaint,

 IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

 The Court declines to exercise supplemental jurisdiction over any state-law claims Plaintiff may be asserting. *See* 28 U.S.C. § 1367(c)(3).

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

 IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 29, 2021
    New York, New York

              /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
             Chief United States District Judge